NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DESIREE ANN KRIETEMEYER, )
)
       Appellant, )
)
v. )    Case No. 2D17-1519
)
STATE OF FLORIDA, )
)
       Appellee. )
_____ )

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.